UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JONATHAN FOURNIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:17-cv-00384 |
| | ) |
| NORFOLK SOUTHERN RAILWAY CO., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by counsel, represent to the Court that they have resolved all matters in controversy.  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff, by counsel, with the agreement of the Defendant, Norfolk Southern Railway Company, by counsel, stipulates to the dismissal of this action with prejudice.  The parties shall bear their own costs.

Entered this ___ day of June, 2018.

_____
Raymond A. Jackson, Judge
U.S. District Court

I-1539376.1

WE AGREE TO THIS:

_____/s/_____
Nicholas D. Thompson, Esq.
Willard J. Moody, Jr., Esq.
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, Virginia  23704
(757) 393-4093 Telephone
(757) 397-7257 Facsimile
nthompson@moodyrrlaw.com
will@moodyrrlaw.com
*Attorneys for Plaintiff, Jonathan Fournier*


_____/s/_____
Samuel J. Webster (VSB No. 17021)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Ste. 2200
Norfolk, Virginia  23510
(757) 628-5500 Telephone
(757) 628-5566 Facsimile
swebster@wilsav.com

and

Joseph P. Sirbak, II (admitted *pro hac vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania  19103
(215) 665-4634 Telephone
(215) 701-2347 Facsimile
jsirbak@cozen.com

*Attorneys for Defendant, Norfolk Southern Railway Company*