UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JONATHAN FOURNIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:17-cv-00384 |
| | ) |
| NORFOLK SOUTHERN RAILWAY CO., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by counsel, stipulate to the Court that they have resolved all matters in controversy. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff and Defendant, by counsel, stipulate to the dismissal of this action with prejudice. The parties shall bear their own costs.

| | |
|---|---|
| /s/ | /s/ |
| Nicholas D. Thompson, Esq. | Samuel J. Webster (VSB No. 17021) |
| Willard J. Moody, Jr., Esq. | WILLCOX & SAVAGE, P.C. |
| THE MOODY LAW FIRM, INC. | 440 Monticello Avenue, Ste. 2200 |
| 500 Crawford Street, Suite 200 | Norfolk, Virginia 23510 |
| Portsmouth, Virginia 23704 | (757) 628-5500 Telephone |
| (757) 393-4093 Telephone | (757) 628-5566 Facsimile |
| (757) 397-7257 Facsimile | swebster@wilsav.com |
| nthompson@moodyrrlaw.com | |
| will@moodyrrlaw.com | *Attorneys for Defendant, Norfolk Southern* |
| *Attorneys for Plaintiff, Jonathan Fournier* | *Railway Company* |

I-1549900.1